**94–1057.** State v. Pollock. *Lucas County*, No. L–92–209. On motion for leave to file delayed appeal. Motion granted.

WRIGHT and F.E. SWEENEY, JJ., dissent.

**94–1063.** Gladon v. Greater Cleveland Regional Transit Auth. *Cuyahoga County*, No. 64029. On motion for leave to file brief *amicus curiae* by Central Ohio Transit Authority and Laketran Regional Transit Authority, motion for leave to file brief *amicus curiae* by Ohio Municipal League et al., motion for leave to file brief *amicus curiae* by Cleveland Board of Education, motion for leave to file brief *amicus curiae* by Ohio Public Transit Association, motion for leave to file brief *amicus curiae* by County Commissioners Association of Ohio, motion for leave to file brief *amicus curiae* by Ohio School Boards Association, and motion to file instanter by Ohio School Boards Association. Motions granted.

**94–1072.** Tent v. Metro Builders, Inc. *Cuyahoga County*, No. 63799. On motion for leave to file memorandum in support of jurisdiction instanter. Motion granted.

WRIGHT and F.E. SWEENEY, JJ., dissent.

**94–1080.** Stachowski v. Stachowski. *Portage County*, No. 93PA0077. On motion to dismiss. Motion denied.

A.W. SWEENEY, WRIGHT and RESNICK, JJ., dissent.

**94–1100.** State v. Larson. *Cuyahoga County*, No. 63001. On motion for leave to file delayed appeal. Motion denied.

DOUGLAS and PFEIFER, JJ., dissent.

**94–1111.** State v. Anderson. *Cuyahoga County*, No. 63474. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., DOUGLAS and PFEIFER, JJ., dissent.

**94–1140.** State v. Clark. *Hamilton County*, No. C–920603. On motion for leave to file delayed appeal. Motion denied.

DOUGLAS, RESNICK and PFEIFER, JJ., dissent.

**91–2476.** Case v. Norfolk & W. Ry. Co. *Sandusky County*, No. S–90–24. Reported at 69 Ohio St.3d 265, 631 N.E.2d 612. On motion for reconsideration by Mark A. Robinson, Administrator, and on motion for reconsideration by Jesse L. Case. Motions granted and this cause is remanded to the trial court for further proceedings consistent with *Carpenter v. Consol. Rail Corp.* (1994), 69 Ohio St.3d 259, 631 N.E.2d 607.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, F.E. SWEENEY and PFEIFER, JJ., concur.

RESNICK, J., not participating.

**92–1030.** Franks v. Lopez. *Sandusky County*, No. S–91–18. Reported at 69 Ohio St.3d 345, 632 N.E.2d 502. On motion for reconsideration by Lisa Franks, Admr., and Carol Bryant, Admr. Motion denied.

PFEIFER, J., dissents.

RESNICK, J., not participating.

**92–2019.** State v. Fox. *Wood County*, No. 90WD067. Reported at 69 Ohio St.3d 183, 631 N.E.2d 124. On motion for leave to file instanter and on motion for reconsideration. Motions denied.

RESNICK, J., not participating.

**92–2346.** Reilley v. Richards. *Franklin County*, No. 91AP–1446. Reported at 69 Ohio St.3d 352, 632 N.E.2d 507. On motion for reconsideration. Motion denied.

MOYER, C.J., dissents.

PFEIFER, J., not participating.

**93–1527.** State v. Posey. *Cuyahoga County*, No. 65461. Reported at 67 Ohio St.3d 1494, 621 N.E.2d 1209. On motion for reconsideration and for delayed review. Motion denied.